# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>        Defendant. | Case No.: 1:21-cv-0783 NONE JLT<br><br>ORDER GRANTING PRO HAC VICE APPLICATION OF KEITH MOSKOWITZ<br>(Doc. 24) |

Keith Moskowitz has applied to appear pro hac vice for AIG Specialty Insurance Company and Lexington Insurance Company. (Doc. 24) e has demonstrated good standing in the courts in the State of Illinois (Doc. 24 at 3) and has paid the fee for admission. Id. He has not been admitted pro hac vice over the last year. Therefore, the application is GRANTED.

IT IS SO ORDERED.

    Dated: **August 25, 2021**             /s/ Jennifer L. Thurston
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE