# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>          Defendant. | Case No.: 1:21-cv-00783 NONE JLT<br><br>ORDER GRANTING PRO HAC VICE APPLICATION OF MONICA THOMPSON<br>(Doc. 26) |

Monica Thompson has applied to appear pro hac vice for AIG Specialty Insurance Company and Lexington Insurance Company. (Doc. 26) She has demonstrated good standing in the courts in the State of Arizona (Doc. 26 at 3) and has paid the fee for admission. Id. She has not been admitted pro hac vice over the last year. Therefore, the application is GRANTED.

IT IS SO ORDERED.

Dated: __August 25, 2021__         _____ /s/ Jennifer L. Thurston
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE