# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>　　　　　Defendant.<br><br>AND RELATED CROSS ACTIONS | Case No.: 1:21-cv-0783 NONE JLT<br><br>ORDER AFTER INFORMAL TELEPHONE CONFERENCE RE: DISCOVERY DISPUTE (Docs. 17, 23) |

　　The Court held an informal teleconference to discuss the issues set forth in the informal briefs (Docs. 17, 23). Because the dispute centers around whether the Court should stay the action to allow a decision on a motion for judgment on the pleadings, and no such motion has been filed, the Court declines to consider whether to stay the action now.  However, because a request for stay should be considered if the motion for judgment is filed, the Court **ORDERS**:

　　1.　　Without further need for informal conference, the insurance companies may file their formal motion to stay when they file a motion for judgment.

　　2.　　If the motion to stay is filed, the Court urges the parties to discuss in their briefs whether and the extent to which evidence may be admitted without converting it to a Rule 56 motion.

1

3. If the defendant opposes the stay, it SHALL describe with particularity the discovery needed to oppose the Rule 12(c) motion and the amount of time needed to conduct this discovery. If the defense believes any of the discovery already propounded is needed to confront the motion for judgment, it SHALL identify it, provide the specific discovery requests at issue, and explain how the discovery will address the issues raised in the motion for judgment.

IT IS SO ORDERED.

Dated: **August 27, 2021**          _ /s/ **Jennifer L. Thurston**
                                       CHIEF UNITED STATES MAGISTRATE JUDGE